IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| C & J FINANCIAL, LLC, an Alabama limited liability company, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil Action File No. _____ |
| v. | ) <br> ) Removed from Superior Court |
| WELLSTAR ATLANTA MEDICAL CENTER, INC., doing business as WELLSTAR HEALTH SYSTEM, | ) of Cobb County, Georgia <br> ) Civil No. 17104948 <br> ) <br> ) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Defendant WellStar Atlanta Medical Center, Inc., doing business as WellStar Health System, Inc. ("WellStar") (identified in the caption as "WellStar Health System"),[1] by and through its counsel, files this notice of removal pursuant to 28 U.S.C. §§ 1441(a) & 1446 and in support therefore would show this honorable Court the following:

---

[1] WellStar Atlanta Medical Center, Inc., doing business as WellStar Health System, Inc., is not the proper party to Plaintiff's claims for ERISA benefits. That issue will be addressed by motion at an appropriate time.

1.

On June 27, 2017, plaintiff C & J Financial, LLC ("Plaintiff") filed a complaint against WellStar in the Superior Court of Cobb County, Georgia. The Clerk issued a summons that same day. On July 11, 2017, Plaintiff filed another complaint in that same action against WellStar. Copies of both complaints, the summons, and "all process, pleadings and orders" served upon WellStar in the state court action are attached hereto as Exhibit A.

2.

WellStar was served with copies of the summons and the second complaint on July 14, 2017. This was the first date that WellStar received a copy of the initial pleading setting forth the claims for relief in this action and the first date by which WellStar ascertained that the case is one that is removable.

3.

WellStar has timely filed this notice of removal within thirty days of the date of service of the initial pleading setting forth the claims for relief. *See* 28 U.S.C. § 1446(b).

4.

Pursuant to 28 U.S.C. § 1331, "the district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

5.

The Employee Retirement Income Security Act, 29 U.S.C. §§ 1001, *et seq.* ("ERISA"), provides the exclusive federal cause of action for parties – such as Plaintiff – who bring actions related to the recovery of benefits under ERISA employee benefit plans. *Metro. Life Ins. Co. v. Taylor*, 481 U.S. 58, 62-63 (1987); *Rush Prudential HMO Inc. v. Moran*, 536 U.S. 355 (2002).

6.

Because ERISA provides the exclusive remedy for a claim for benefits, ERISA "completely preempts" any state law claim or remedy based on any alleged wrongful withholding of benefits under an employee benefit plan governed by ERISA. *See, e.g., Aetna Health, Inc. v. Davila*, 542 U.S. 200, 220 (2004) (ERISA "completely preempts" any claim or remedy based on wrongful withholding of benefits, including claims with requirements beyond those for recovery under ERISA § 502(a), 29 U.S.C. § 1132(a)); *Conn. State Dental Ass'n v. Anthem Health Plans, Inc.*, 591 F.3d 1337, 1344 (11th Cir. 2009) (the complete preemption

doctrine applies to ERISA because ERISA has such "extraordinary preemptive power that it converts an ordinary state common law complaint into one stating a federal claim for purposes of the well-pleaded complaint rule.") (internal quotations omitted).

7.

Although Plaintiff purports to bring claims under Georgia law, Plaintiff seeks the payment of benefits from a life insurance policy (Compl. ¶¶ 6, 8-9, 12-14, 18-19, 27 & Prayer for Relief), which is part of an "employee welfare benefit plan" that is subject to and governed by the provisions of ERISA. All of Plaintiff's claims and rights against WellStar, if any, are completely preempted by ERISA and arise under the laws of the United States for purposes of removal jurisdiction. *See* 28 U.S.C. § 1441(a); 28 U.S.C. § 1331.

8.

Venue is proper in this Court because the Northern District of Georgia, Atlanta Division, embraces Cobb County, Georgia. *See* 28 U.S.C. § 1441(a).

9.

Prompt written notice of this Notice of Removal will be sent to Plaintiff through counsel and to the Clerk of the Superior Court of Cobb County, Georgia,

as required by 28 U.S.C. § 1446(d). A copy of the notice (without exhibits) is attached hereto as Exhibit B.

10.

Based on the foregoing, this Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331. Therefore, this Court properly may exercise jurisdiction over this lawsuit. 28 U.S.C. §§ 1441(a).

11.

WellStar submits this Notice of Removal without waiving any defenses to the claims asserted by Plaintiff, without conceding that Plaintiff has pleaded claims upon which relief can be granted, and without admitting that Plaintiff is entitled to any monetary or equitable relief whatsoever (or that the damages it seeks may be properly sought).

WHEREFORE, WellStar has this day removed the foregoing case to the United States District Court for the Northern District of Georgia, Atlanta Division. All proceedings in the state court are halted.

Dated: August 11, 2017.

Respectfully submitted,

/s Randall A. Constantine
Randall A. Constantine
Georgia Bar No. 182444
MAZURSKY CONSTANTINE LLC
999 Peachtree Street
Suite 1500
Atlanta, GA 30309
404.888.8877
404.926.2977 (facsimile)
rconstantine@mazconlaw.com

Attorneys for Defendant WellStar Atlanta Medical Center, Inc., doing business as WellStar Health System, Inc.

**CERTIFICATE OF SERVICE AND TYPE SIZE COMPLIANCE**

I hereby certify that I have this day served the within and foregoing pleading upon all parties to this proceeding by causing true and correct copies thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows:

>Kenneth B. Crawford, Esq.
>Hartley, Rowe & Fowler, P.C.
>P.O. Box 489
>Douglasville, GA 30133

Pursuant to LR 7.1D, NDGa., the undersigned certifies that this pleading complies with LR 5.1C, NDGa., and is prepared in Times New Roman, 14 point.

Date: August 11, 2017.

>/s Randall A. Constantine
>Randall A. Constantine
>Georgia Bar No. 182444
>MAZURSKY CONSTANTINE LLC
>999 Peachtree Street
>Suite 1500
>Atlanta, GA 30309
>404.888.8877
>404.926.2977 (facsimile)
>rconstantine@mazconlaw.com
>
>Attorneys for Defendant WellStar Atlanta Medical Center, Inc. doing business as WellStar Health System, Inc.

4851-7419-1692, v. 7